1
2
3
4
5
6
7

NOTE: CHANGES MADE BY THE COURT

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10
11

12 SPECTRUM LABORATORIES, LLC, ) **Case No.: 2:14-CV-00262**-RGK
an Ohio limited liability company, ) (VBKx)
13                                  )
                 Plaintiff,         ) **[~~PROPOSED~~] DEFAULT**
14                                  ) **JUDGMENT**
       vs.                          )
15                                  ) Judge: Hon. R. Gary Klausner
VLAZE MEDIA NETWORKS, INC.          ) Action Filed: January 11, 2014
16 dba MINT DISTRIBUTION, a Nevada  )
Corporation, and DOES 1 through 10, ) **Date:  June 16, 2014**
17 inclusive;                       ) **Time: 9:00 a.m.**
                                    )
18                                  )
                 Defendants.        )
19 ─────────────────────────────────)

20
21

22     This action was considered by the Court, in chambers, on June 20, 2014, the

23 Honorable R. Gary Klausner, U.S. District Court Judge Presiding, on a motion for

24 default judgment, and the evidence presented having been fully considered, the

25 issues having been duly considered, and a decision having been duly rendered,

26     **IT IS ORDERED AND ADJUDGED** that default judgment be entered

27 against the defendant, Vlaze Media Networks, Inc d.b.a. Mint Distribution

28 ("Mint"), in favor of plaintiff, Spectrum Laboratories, LLC ("Spectrum"), as

---

[Proposed] Entry of Default Judgment          [PROPOSED] DEFAULT JUDGMENT
(00109994-2).WPD

follows:

    1. Judgment is awarded in favor of Spectrum and against Mint for damages in the amount of $100,000.00.

    2. Judgment is awarded in favor of Spectrum and against Mint for attorney's fees and costs in the amount of $7,974.38.

    3. Judgment is awarded in favor of Spectrum and against Mint, and Mint is directed to:

        a. Transfer ownership of the domain name registrations for <passdrugtestwithquickfixurine.com>; <quicksyntheticurine.com>; <canadianquickfixurine.com>; <urineluckkit.com>; and <urinelucksyntheticurine.com> to Spectrum, including by taking all steps within their power to have the domain name registrar, Vlaze Media Networks, Inc. dba Mint Distribution, or such other registrar that may manage the domain name registration, facilitate the transfer to Spectrum; and

        b. Transfer to Spectrum all electronic files containing any software code or content that has appeared on the <passdrugtestwithquickfixurine.com>; <quicksyntheticurine.com>; <canadianquickfix.com>; <urineluckkit.com>; and <urinelucksyntheticurine.com> websites, and delete all copies of same from all forms of media owned by, in the possession of, or under the control of Mint.

DATED: July 15, 2014

*Gay Klausner* (signature)

~~JUDGE OF THE SUPERIOR COURT~~
UNITED STATES DISTRICT JUDGE